**Order entered May 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00533-CR

**RAMIRO PAYAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F09-72851-Y**

## ORDER

On March 4, 2014, the Court ordered court reporter Kelly Bryant to file, within fifteen days, a supplemental record containing all of the exhibits, including DVD exhibits, admitted into evidence. On March 20, 2014, we received a letter from Ms. Bryant stating that she was having difficulty retrieving Defendant's Exhibit no. 2, a video CD. To date, Ms. Bryant has not filed any of the exhibits, including Defendant's Exhibit no. 2, nor has she communicated with the Court regarding the status of the exhibits.

Accordingly, this Court **ORDERS** Kelly Bryant to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing all of the exhibits, including DVD exhibits, admitted into evidence. If the exhibits are not filed within the time specified, the Court will

order the trial court to make findings regarding whether a portion of the reporter's record has been lost or destroyed.

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; court reporter Kelly Bryant; Jeff Buchwald; and Michael Casillas.

/s/    LANA MYERS
        JUSTICE